# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| 2-WAY COMPUTING, INC., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> CISCO SYSTEMS, INC., ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:15-cv-02235-RFB-NJK <br><br> ORDER DENYING STIPULATION TO EXTEND <br><br> (Docket No. 7) |

Pending before the Court is a stipulation to extend the deadline for Defendant Cisco Systems, Inc., to file a response to Plaintiff's Complaint. Docket No. 7. Stipulations for extensions must "state the reasons for the extension requested." Local Rule 6-1(b). Accordingly, because the parties fail to provide any explanation whatsoever as to why an extension is requested, the stipulation is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: January 12, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge