MANITA RAWAT
Nevada Bar No.: 9656
DUANE MORRIS LLP
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617
Telephone No.: (702) 868-2600

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| 2-Way Computing, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Cisco Systems, Inc., <br><br> Defendant. | Case No. 2:15-cv-02235-RFB-NJK <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** <br><br> **(SECOND REQUEST)** |

Plaintiff 2-Way Computing, Inc. ("2-Way Computing") and Defendant Cisco Systems, Inc. ("Cisco"), by and through their counsel, hereby stipulate and agree to this second request for an extension of time for Cisco to file its Answer or otherwise respond to 2-Way's Complaint for Patent Infringement ("Complaint").[1]

The Complaint was served on December 18, 2016 and Cisco's Answer was originally due on January 7, 2016. Pursuant to Local Rule 6-1(b), the parties state that good cause exists to extend the original deadline from January 7, 2016 to February 8, 2016 to provide Cisco with ample time to investigate the allegations in the Complaint in light of the intervening holidays and Cisco's company-wide shut down from December

---

[1] On December 23, 2015, the parties filed a Stipulation and Order for Extension of Time to Answer or Otherwise Respond to the Complaint (First Request). (Dkt. No. 7). This Stipulation was denied without prejudice for failure to state the reasons for the requested extension. (Dkt. No. 16).

24, 2015 through January 4, 2016.

The parties therefore stipulate and agree to extend the deadline for Cisco to file is Answer or otherwise respond to the Complaint to February 8, 2016. This Stipulation is made for good cause and not for purposes of delay. Furthermore, this Stipulation shall not be construed as a waiver of any rights belonging to any of the parties hereto.

Dated this 12th day of January, 2016.

DUANE MORRIS LLP

By: */s/ Manita Rawat*
MANITA RAWAT
Nevada Bar No.: 9656
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617
Telephone No.: (702) 868-2600
Facsimile: (702) 385-6862

Matthew S. Yungwirth
(*Pro Hac Vice* to be submitted)
Christopher J. Tyson
(*Pro Hac Vice* to be submitted)
Jennifer H. Forte
(*Pro Hac Vice* to be submitted)
1075 Peachtree Street
Suite 2000
Atlanta, Georgia 30309

Attorneys for Defendant

Dated this 12th day of January, 2016.

BORGHESE LEGAL, LTD.

By: */s/ Mark R. Borghese*
Mark R. Borghese
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone No.: (702) 382-0200
Facsimile No.: (702) 382-0212

RUSS, AUGUST & KABAT
Reza Mirzaie (*Pro Hac Vice*)
Paul S. Kroeger (*Pro Hac Vice*)
Stanley H. Thompson, Jr.
(*Pro Hac Vice*)
C. Jay Chung (*Pro Hac Vice*)
12424 Wilshire Boulevard
12th Floor
Los Angeles, California 90025

Attorneys for Plaintiff

## **ORDER**

IT IS SO ORDERED that Cisco shall be allowed to file its Answer or otherwise respond to the Complaint on or before February 8, 2016.

DATED: This 13th day of January, 2016.

_____
Judge Nancy J. Koppe

## PROOF OF SERVICE

I hereby certify that I am a citizen of the United States and am employed in Fulton County, where this mailing occurs. I am over the age of eighteen years and not a party to the within entitled action; my business address is 1075 Peachtree Street, Suite 2000, Atlanta, Georgia 30309.

On January 12, 2016, I served the document described as **STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** on the interested party(ies) in this action as follows:

| | |
|---|---|
| Mark R. Borghese<br>mark@borgheselegal.com<br>BORGHESE LEGAL, LTD.<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145 | Reza Mirzaie<br>rmirzaie@raklaw.com<br>Paul S. Kroeger<br>Stanley H. Thompson, Jr.<br>C. Jay Chung<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California  90025 |

☒ **BY ELECTRONIC SERVICE:** I served a true copy, with all exhibits, electronically on designated recipients via electronic transmission of said document(s) as provided under Federal Rules of Civil Procedure.

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Las Vegas, Nevada, in the ordinary course of business.

*/s/ Carolyn A. Parker*
Carolyn A. Parker
An employee of DUANE MORRIS LLP