MANITA RAWAT
Nevada Bar No.: 9656
DUANE MORRIS LLP
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617
Telephone No.: (702) 868-2600

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| 2-Way Computing, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Cisco Systems, Inc., <br><br> Defendant. | Case No. 2:15-cv-02235-RFB-NJK <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT <br><br> (THIRD REQUEST) |

Plaintiff 2-Way Computing, Inc. ("2-Way Computing") and Defendant Cisco Systems, Inc. ("Cisco"), by and through their counsel, hereby stipulate and agree to this third request for an extension of time for Cisco to file its Answer or otherwise respond to 2-Way's Complaint for Patent Infringement ("Complaint").

On January 12, 2016, the parties filed a Stipulation and Order for Extension of Time to Answer or Otherwise Respond to the Complaint (Second Request). (Dkt. No. 17).[1] This Stipulation was granted on January 13, 2016. (Dkt. No. 26). Cisco is continuing to investigate the allegations in the Complaint. Therefore, pursuant to Local Rule 6-1(b), the parties state that good cause exists to extend the deadline for Cisco to

---

[1] On December 23, 2015, the parties filed a Stipulation and Order for Extension of Time to Answer or Otherwise Respond to the Complaint (First Request). (Dkt. No. 7). This Stipulation was denied without prejudice for failure to state the reasons for the requested extension. (Dkt. No. 16).

Answer or otherwise respond to the Complaint from February 8, 2016 to March 7, 2016 to provide Cisco with ample time to investigate the allegations.

The parties therefore stipulate and agree to extend the deadline for Cisco to file its Answer or otherwise respond to the Complaint to March 7, 2016. This Stipulation is made for good cause and not for purposes of delay. Furthermore, this Stipulation shall not be construed as a waiver of any rights belonging to any of the parties hereto.

| | |
|---|---|
| Dated this 5th day of February, 2016.<br>DUANE MORRIS LLP | Dated this 5th day of February, 2016.<br>BORGHESE LEGAL, LTD. |
| By: /s/ Manita Rawat<br>MANITA RAWAT<br>Nevada Bar No.: 9656<br>100 North City Parkway, Suite 1560<br>Las Vegas, NV 89106-4617<br>Telephone No.: (702) 868-2600<br>Facsimile: (702) 385-6862<br><br>Matthew S. Yungwirth<br>(*Pro Hac Vice* to be submitted)<br>Christopher J. Tyson<br>(*Pro Hac Vice* to be submitted)<br>Jennifer H. Forte<br>(*Pro Hac Vice* to be submitted)<br>1075 Peachtree Street<br>Suite 2000<br>Atlanta, Georgia 30309<br><br>Attorneys for Defendant | By: /s/ Mark R. Borghese<br>Mark R. Borghese<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Telephone No.: (702) 382-0200<br>Facsimile No.: (702) 382-0212<br><br>RUSS, AUGUST & KABAT<br>Reza Mirzaie (*Pro Hac Vice*)<br>Paul S. Kroeger (*Pro Hac Vice*)<br>Stanley H. Thompson, Jr.<br>(*Pro Hac Vice*)<br>C. Jay Chung (*Pro Hac Vice*)<br>12424 Wilshire Boulevard<br>12th Floor<br>Los Angeles, California 90025<br><br>Attorneys for Plaintiff |

**ORDER**

IT IS SO ORDERED that Cisco shall be allowed to file its Answer or otherwise respond to the Complaint on or before March 7 , 2016.

DATED: February 8, 2016
No further extensions will be granted.

_____
United States Magistrate Judge

# PROOF OF SERVICE

I hereby certify that I am a citizen of the United States and am employed in Fulton County, where this mailing occurs. I am over the age of eighteen years and not a party to the within entitled action; my business address is 1075 Peachtree Street, Suite 2000, Atlanta, Georgia 30309.

On February 5, 2016, I served the document described as **STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** on the interested party(ies) in this action as follows:

Mark R. Borghese
mark@borgheselegal.com
BORGHESE LEGAL, LTD.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

Reza Mirzaie
rmirzaie@raklaw.com
Paul S. Kroeger
Stanley H. Thompson, Jr.
C. Jay Chung
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025

☒ **BY ELECTRONIC SERVICE:** I served a true copy, with all exhibits, electronically on designated recipients via electronic transmission of said document(s) as provided under Federal Rules of Civil Procedure.

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Las Vegas, Nevada, in the ordinary course of business.

*/s/ Carolyn A. Parker*
Carolyn A. Parker
An employee of DUANE MORRIS LLP