MATTHEW S. YUNGWIRTH, *pro hac vice*
Georgia Bar No. 783597
JENNIFER H. FORTE, *pro hac vice*
Georgia Bar No. 940650
DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 2000
Atlanta, Georgia 30309-3929
Telephone No.: (404) 253-6900

CHRISTOPHER J. TYSON, *pro hac vice*
Virginia Bar No. 81553
DUANE MORRIS LLP
505 9th Street NW
Washington, DC 20004-2166
Telephone No.: (202) 776-7800

MANITA RAWAT
Nevada Bar No.: 9656
DUANE MORRIS LLP
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617
Telephone No.: (702) 868-2600

*Attorney for Defendant Cisco Systems, Inc.*

(Additional Counsel Listed on Signature Page)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| 2-Way Computing, Inc., <br><br>  Plaintiff, <br><br> v. <br><br> Cisco Systems, Inc., <br><br>  Defendant. | Case No. 2:15-cv-02235-GMN-CWH <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER** <br><br> **(First Request)** |

Plaintiff 2-Way Computing, Inc. ("2-Way") and Defendant Cisco Systems, Inc. ("Cisco") by and through their counsel, hereby file this Stipulation and [Proposed] Order to Extend the Deadline to File Proposed Protective Order. This request complies with Local Rules 6-1, 6-2, and 7-1. The litigation of this matter will be best served by the proposed extension. This is the first request to extend this deadline. This request is not made after the deadline.

1

1   On April 22, 2016, the Court entered the Discovery Plan and Scheduling Order in this matter, ECF No. 35, setting April 27, 2016 as the deadline for the parties to file a proposed protective order. The parties agree that a two-week extension of the proposed protective order deadline, to May 11, 2016, will permit the parties time to resolve any initial disagreements regarding the language of the proposed protective order and work toward submitting an agreed proposed order to the Court.

Accordingly, Plaintiff and Defendant respectfully request that the Court grant this request to continue the deadline to file a proposed protective order.

| | |
|---|---|
| Dated: April 27, 2016 | Respectfully submitted, |
| /s/ *Stanley H. Thompson, Jr.* <br> Mark R. Borghese <br> mark@borgheselegal.com <br> 10161 Park Run Drive, Suite 150 <br> Las Vegas, Nevada 89145 <br> Telephone No.: (702) 382-0200 <br> Facsimile No.: (702) 382-0212 <br><br> Reza Mirzaie (*pro hac vice*) <br> Paul S. Kroeger (*pro hac vice*) <br> Stanley H. Thompson, Jr. (*pro hac vice*) <br> C. Jay Chung (*pro hac vice*) <br> **RUSS, AUGUST & KABAT** <br> 12424 Wilshire Boulevard <br> 12th Floor <br> Los Angeles, California 90025 <br> Telephone: 310.826.7474 <br><br> *Counsel for Plaintiff* | /s/ *Jennifer H. Forte* <br> Manita Rawat (Nevada Bar No.: 9656) <br> **DUANE MORRIS LLP** <br> 100 North City Parkway, Suite 1560 <br> Las Vegas, NV 89106-4617 <br> Telephone No.: (702) 868-2600 <br><br> L. Norwood Jameson (*pro hac vice*) <br> wjameson@duanemorris.com <br> Matthew S. Yungwirth (*pro hac vice*) <br> msyungwirth@duanemorris.com <br> Jennifer H. Forte (*pro hac vice*) <br> jhforte@duanemorris.com <br> **DUANE MORRIS LLP** <br> 1075 Peachtree Street, Suite 2000 <br> Atlanta, Georgia 30309 <br> Telephone: 404.253.6900 <br><br> Christopher J. Tyson (*pro hac vice*) <br> ctyson@duanemorris.com <br> **DUANE MORRIS LLP** <br> 505 9th Street NW., Ste. 1000 <br> Washington, DC 20004 <br> Telephone: 202-776-7851 <br><br> *Counsel for Defendant* |

**ORDER**

**IT IS SO ORDERED**:
_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 28, 2016

# CERTIFICATE OF SERVICE

I hereby certify that I am a citizen of the United States and am employed in Fulton County, where this mailing occurs. I am over the age of eighteen years and not a party to the within entitled action; my business address is 1075 Peachtree Street, Suite 2000, Atlanta, Georgia 30309.

On April 27, 2016, I served the document described as **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER** on the interested party(ies) in this action as follows:

| | |
|---|---|
| Mark R. Borghese<br>mark@borgheselegal.com<br>BORGHESE LEGAL, LTD.<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145 | Reza Mirzaie<br>rmirzaie@raklaw.com<br>Paul S. Kroeger<br>Stanley H. Thompson, Jr.<br>C. Jay Chung<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California  90025 |

☒ **BY ELECTRONIC SERVICE:** I served a true copy, with all exhibits, electronically on designated recipients via electronic transmission of said document(s) as provided under Federal Rules of Civil Procedure.

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Las Vegas, Nevada, in the ordinary course of business.

*/s/ Jennifer H. Forte*
_____
Jennifer H. Forte
DUANE MORRIS LLP

**Mark R. Borghese**
Email: mark@borgheselegal.com
Borghese Legal, Ltd.
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
702-382-0200
Fax: 702-382-0212

**Reza Mirzaie**
Email: rmirzaie@raklaw.com
**Paul S. Kroeger**
Email: pkroeger@raklaw.com
**Stanley H. Thompson , Jr.**
Email: sthompson@raklaw.com

| | |
|---|---|
| 1 | |
| 2 | **C. Jay Chung** |
| 3 | Email: jchung@raklaw.com<br>Russ, August & Kabat |
| 4 | 12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025 |
| 5 | 310-826-7474<br>Fax: 310-826-6991 |
| 6 | *Attorneys for Plaintiff 2-Way Computing,* |
| 7 | *Inc.* |